Roger B. Radol, Esq. (7815)
KLEIN & RADOL LLC
15 Engle Street
P.O. Box 810
Englewood, NJ 07631
(201) 567-6557
Attorney for Debtor, Allen George



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>    ALLEN GEORGE<br><br>            Debtor | Case No.: 04-12425 (MS)<br><br>Judge: Morris Stern |
| INFORMATIONAL LEASING<br>           Plaintiff<br>v<br>ALLEN GEORGE<br>           Defendant | Adv. No. 04-2820-MS |

## CONSENT ORDER INCORPORATING STIPULATION OF SETTLEMENT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

6/15/05

_____
Honorable Morris Stern,    USBJ

Case No.: 04-12425 (MS)
Adv. No. 04-2820-MS
Judge: Morris Stern

# CONSENT ORDER INCORPORATING STIPULATION OF SETTLEMENT

The Parties having arrived at an Agreement regarding the payment of monies due and owing the Plaintiff under the terms of a lease which was entered into between Terminal Finance Corp. whose rights were transferred to the Plaintiff

### AGREED &ORDERED as follows:

1. The Defendant, Allen George, acknowledges that he owes the Plaintiff the non-dischargable sum of $ 260,000.00. That non-dischargable sum of $ 260,000.00 shall be reduced to $100,000.00 without interest based upon the following agreement, which Plaintiff agrees to accept in full settlement of its claim herein, inclusive of interest and court costs so long as the Defendant complies with the terms of this agreement.

2. The Defendant, Allen George, shall, within seventy-five (75) days upon execution of this Order, pay to the Plaintiff the sum of $30,000.00.

3. Commencing on the fifteenth (15th) day of each month after the initial payment of $30,000.00 and on the fifteenth (15th) day of each month thereafter, the Defendant shall pay to the Plaintiff the sum of one-thousand five hundred dollars ($1,500.00) for the next thirty-five (35) months equaling 52,500.00. The Defendant shall then make one remaining payment of $17,500.00 on the fifteenth (15th) day of the thirty-sixth (36) month.

4. Should the Defendant fail to make any payment within ten (10) days after the date which said payment is due, then the Plaintiff may file a motion with the court seeking the entire amount (i.e. $260,000.00) due less any payments which have been paid.

5. The Defendant withdraws his motion to convert his case to a Chapter 13.

I hereby consent to the form
and entry of this Order

KLEIN & RADOL, LLC

Roger Bennett Radol, Esq.
Attorney for Defendant

VAL MANDEL, P.C.

Eric Wertheim, Esq.
Attorney for Plaintiff

# KLEIN & RADOL, LLC

**Attorneys At Law**
15 Engle Street, Suite 102
P.O. Box 810
Englewood, NJ 07631

Henry G. Klein, Esq. *Member of NJ & NY Bars
Roger B. Radol, Esq. *Member of NJ & PA Bars

Telephone: (201) 567-6557
Facsimile: (201) 567-6335

FILED
JAMES J. WALDRON, CLERK
JUN 10 2005
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

June 8, 2005

Honorable Morris Stern
United States Bankruptcy Court
Martin Luther King Jr. Federal Bldg. & Courthouse
50 Walnut Street
3rd Floor
Newark, NJ 07102

**Re:    Allen George**
       **Case No.: 04-12425 (MS)**
       **Adv. No. 04-2820-MS**

Dear Judge Stern:

Pursuant to our recent telephone conference, enclosed please find a proposed Consent Order resolving both the adversary proceeding and debtor's motion to convert with regard to the above captioned case.

Respectfully submitted,

Roger B. Radol, Esq.

RBR:hs
Enclosure(s)

cc:    Eric Wertheim, Esq
       client

S:\AA-CLIENT FILES (KLEIN-RADOL)\Bankruptcy\George, Allen\Ltr Jdg Stern 6-8-05.wpd